RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 1/16/07

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

---

TOAN THAI AND DANG THAI
INDIVIDUALLY & ON BEHALF
OF THE MINOR, ANNIE THAI

CIVIL ACTION NO. 05-1958
JUDGE TOM STAGG

versus

MILLER TRUCK LINES, INC.,
GREAT WEST CASUALTY, and
JAMES DUSTIN TREAT

---

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action be and is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days from the date this order is signed, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that the parties submit to the court, in accordance with Fed. R. Civ. P. 41(a)(1)(ii), a stipulation of dismissal signed by all parties who appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of January, 2007.

JUDGE TOM STAGG